# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**CHRIS ADAM VALENTINE,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:23-cr-00025-TES-CHW-1** |

### ORDER GRANTING THE GOVERNMENT'S UNOPPOSED
### MOTION TO CONTINUE TRIAL IN THE INTEREST OF JUSTICE

Before the Court is the Government' Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 19]. On December 12, 2023, the Grand Jury returned a multi-count indictment charging Defendant Chris Adam Valentine with various crimes related to child pornography. [Doc. 1]. On January 8, 2024, Defendant was arrested. On January 9, 2024, Defendant pled not guilty at his arraignment and was detained pending trial. [Doc. 10]; [Doc. 14]. Also on January 9, 2024, the Court issued a Notice of Pretrial Conference scheduled for January 17, 2024. [Doc. 13].

The Government argues that it has not yet provided discovery to defense counsel, so the defense "has not had . . . and will not have an adequate opportunity to review discovery, conduct any required investigation, prepare for trial, or negotiate a potential resolution of this case prior to the currently set trial term." [Doc. 19, p. 2]. The Government requests "that the parties therefore be excused from the pretrial conference

on January 17, 2024," and "that the case be continued to the next term of court to give the defense proper time to effectively receive and review discovery and prepare." [Doc. 19, p. 2]. The Government "has communicated with E. Addison Gantt, counsel for Defendant, who joins in this motion to continue." [Doc. 19, p. 2].

The Court finds that granting the Government's request serves the ends of justice. The Court further finds that the ends of justice served by granting the Government's request outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deprive the parties of the time needed to review discovery, prepare for trial, and engage in meaningful negotiation.

Thus, the Court **GRANTS** the Government's Motion [Doc. 19] and **CONTINUES** the Pretrial Conference until March 12, 2024, and the trial of this matter until April 22, 2024. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 13th day of January, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**